RECEIVED
U.S. MARSHAL

SEP 15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH, PA
UNITED STATES OF AMERICA

v.

THOMAS BARRETT STRINGER

00-2718-Simonton

**WARRANT FOR ARREST**

Case Number: CR 98-147

SEALED

To: The U.S. Marshal and
any Authorized U.S. Officer

YOU ARE HEREBY COMMANDED to arrest Thomas Barrett Stringer

and bring him / her forthwith to the nearest magistrate to answer a(an)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation

charging him of her with (brief description of offense)

18:513(a) Possessing and Uttering a Counterfeit Security

Eileen M. Chettle
Name of Issuing Officer

Eileen M. Chettle
Signature of Issuing Officer

DOCKET CLERK
Title of Issuing Officer

9/15/98 Pittsburgh, PA
Date and Location

Bail Fixed at $_____ by_____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |

RECEIVED
U.S. MARSHAL

Sep 15  2 40 PM '98

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH, PA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 98-147
)
THOMAS BARRETT STRINGER )

O R D E R

AND NOW, to wit, this 15th day of September 1998, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby Ordered that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant THOMAS BARRETT STRINGER.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 9.15.98
JAMES A. DRACH, CLERK
By Eileen M. [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                         )
         v.              )    Criminal No.
                         )    (18 U.S.C. §513(a))
THOMAS BARRETT STRINGER  )    [UNDER SEAL]

### INDICTMENT

The grand jury charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875664, dated November 5, 1997, in the amount of $679.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT TWO

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875660, dated November 5, 1997, in the amount of $675.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT THREE

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875659, dated November 5, 1997, in the amount of $671.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT FOUR

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875658, dated November 5, 1997, in the amount of $669.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

### COUNT FIVE

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875661, dated November 5, 1997, in the amount of $676.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT SIX

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875655, dated November 5, 1997, in the amount of $732.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT SEVEN

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875656, dated November 5, 1997, in the amount of $730.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT EIGHT

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875651, dated November 5, 1997, in the amount of $726.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT NINE

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875652, dated November 5, 1997, in the amount of $725.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

### COUNT TEN

The grand jury further charges:

On or about November 13, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875648, dated November 5, 1997, in the amount of $687.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

### COUNT ELEVEN

The grand jury further charges:

On or about November 13, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875651, dated November 5, 1997, in the amount of $690.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

A True Bill

_____
FOREPERSON

_____
LINDA L. KELLY
United States Attorney
PA I.D. #21032