COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Thomas Barrett Stringer (J)#   CASE NO: 00-2718-AMS
AUSA: Roger Powell  present   ATTNY: FPD Smargon
AGENT: ___   VIOL: ___
PROCEEDING: PTD/Removal   BOND REC: ___
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
____ BOND SET @ $500,000 CSB w/ nebbia
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED by ___ D.C.
MAY 11 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

No bond hrg held -
Both sides stipulate
to a CSB w/ nebbia,
reserving right to
proceed w/ PTD
hrg at a later
date -
△ - Waives removal

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___  ✓
STATUS CONFERENCE: de removal  6-8-00  11:00am  BSS
DATE: 5-11-00  TIME: 10:00am  TAPE # 00-035  PG # 10

1036-1344