UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

5-11-00
PTL

Case No: 00-2718-AMS

WD/PA#

United States of America

v

Thomas Barrett Stringer

**WAIVER OF REMOVAL HEARING**

I   Thomas Barrett Stringer   , charged in a proceeding pending in the Western district of Pennsylvania , with violation of (counterfeit Securities) and having been arrested in the Southern District of Florida and taken before Barry S. Seltzer, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the

district of            where the aforesaid charge is pending against me.

May 11, 20 00

_____
Signature of defendant

Barry S. Seltzer - 5/11/00
United States Magistrate Judge