COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Thomas Barrett Stringer (J)# | CASE NO: | 00-2718-AMS |
| AUSA: | Roger Powell /Stefin | ATTNY: | FPD: Sam Smargon |
| AGENT: | | VIOL: | present |
| PROCEEDING: | Status re removal | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

FILED by _____ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
_____ Electronic Monitoring

SD/FL will not pursue Rule 20

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: Also removal   9-25-00   11:00   BSS

DATE: 6-8-00   TIME: 11:00 am   TAPE # 00- 045   PG # 6
3659-3700
00-064
1-100