**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA. 15230

CLERK
412-644-3528

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTI..

**00-6236**

Date: ___Aug 15 2000___

Carlos K. Juenke
Clerk/Court Administrator
US District Court
Southern District of FLorida
Federal Courthouse Sq
301 North Miami Ave
Miami, FL 33128-7788

**CR-FERGUSON**
MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Re: USA vs. Thomas Barrett Stringer

Criminal Action No. 98-147

Dear Sir or Madam:

I am forwarding herewith certified copies of the following documents at the direction of the United States Attorney and in accordance with the provisions of Rule 20 of the Federal Rules of Criminal Procedure:

INDICTMENT, DOCKET ENTRIES, CONSENT TO TRANSFER, NOTICE OF TRANSFER

Also enclosed is a copy of this letter. Please acknowledge receipt on the copy and return to this office.

Very truly yours,

By _____
Deputy Clerk

Enclosures
cc: United States Attorney
    Pittsburgh, Pennsylvania

for the ___WESTERN___ District of ___PENNSYLVANIA___

36

United States of America

v.

THOMAS BARRETT STRINGER

Criminal No. 98-147

# 00-6236

## CR-FERGUSON

Consent to Transfer of Case

for Plea and Sentence MAGISTRATE JUDGE
SNOW

*(Under Rule 20)*

8/17/00

I, THOMAS BARRETT STRINGER, Defendant, have been informed that an ___indictment___ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead ___guilty___ *(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the ___Southern___ District of ___Florida___ in which I ___am held___ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: ___7/3/___, ___2000___ at _____

_____
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

Approved

_____
HARRY LITMAN
United States Attorney for the

Western _____ District of

Pennsylvania _____

_____
GUY A. LEWIS
~~THOMAS E. SCOTT~~
United States Attorney for the

Southern _____ District of

Florida _____

FORM USA-153
SEP 82

U.S. Department of Justice

Rule 20—Transfer N   e

| To: GUY A. LEWIS ~~THOMAS XXX EXXX BEXXXX~~ United States Attorney | District Southern District of Florida | Date July 14, 2000 |
|---|---|---|
| Name of Subject THOMAS BARRETT STRINGER | Statute Violated Title 18, United States Code, Section 513(a) | File Data (Initials and Number) |

### Part A—District of Arrest

- ☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

- ☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

- ☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

- ☐ Other *(Specify):*


- ☐ The above-named defendant entered a plea of guilty under Rule 20.
  **Date of Plea**      **Date of Sentence**      **Sentence**

| Firth (Signature and Title) *[signed]* ROGER W. POWELL, AUSA | Address 500 E. BROWARD BLVD., STE. 700 FORT LAUDERDALE, FL  33394 |
|---|---|

### Part B—District of Offense

- ☒ I am agreeable to Rule 20 disposition.

- ☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
  *(Kindly notify me of any anticipated delay.)*

- ☐ Enclosed are two certified copies of indictment or information. Docket No. _____

- ☐ Please have defendant execute waiver of indictment.

- ☐ Other *(Specify):*

| Signature (Name and Title) *[signed]* U.S. Attorney Harry Litman | District WDPA | Date July 17, 2000 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231
NOV 85



U.S. Department of Justice

*United States Attorney*
*Western District of Pennsylvania*

*633 United States Post Office & Courthouse*
*Pittsburgh, Pennsylvania 15219*      412/644-3500

August 9,, 2000

James Drach
Clerk of Court
United States District Court
Western District of Pennsylvania
829 U.S. Post Office and Courthouse
Pittsburgh, Pennsylvania 15219

Re:  United States of America v.
     Thomas Stringer
     Criminal No. 98-147

Dear Mr. Drach:

Enclosed herewith are an original and one copy of Consent to Transfer under Rule 20 signed by the above-named defendant and counsel, along with a copy of Rule 20 Transfer Notice dated July 31, 2000 from the United States Attorney for the Southern District of Florida.

In accordance with their request, will you please forward the necessary papers to the Clerk of Court for the Southern District of Florida.

Very truly yours,

HARRY LITMAN
United States Attorney

SHAUN E. SWEENEY
Assistant U.S. Attorney

Enclosure

cc:  Clerk of Court, Southern District of Florida
     U. S. Attorney, Southern District of Florida
     U.S. Marshal, Pittsburgh
     Probation Officer, Pittsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
            v.              )    Criminal No. 98 - 147
                            )    (18 U.S.C.§513(a))
THOMAS BARRETT STRINGER     )    [UNDER SEAL]

INDICTMENT

The grand jury charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875664, dated November 5, 1997, in the amount of $679.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).



## COUNT TWO

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875660, dated November 5, 1997, in the amount of $675.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

### COUNT THREE

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875659, dated November 5, 1997, in the amount of $671.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT FOUR

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875658, dated November 5, 1997, in the amount of $669.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

### COUNT FIVE

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875661, dated November 5, 1997, in the amount of $676.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

<u>COUNT SIX</u>

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875655, dated November 5, 1997, in the amount of $732.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT SEVEN

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875656, dated November 5, 1997, in the amount of $730.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT EIGHT

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875653, dated November 5, 1997, in the amount of $726.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT NINE

The grand jury further charges:

On or about November 12, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875652, dated November 5, 1997, in the amount of $725.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

### COUNT TEN

The grand jury further charges:

On or about November 13, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875648, dated November 5, 1997, in the amount of $687.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

## COUNT ELEVEN

The grand jury further charges:

On or about November 13, 1997, in the Western District of Pennsylvania, the defendant, THOMAS BARRETT STRINGER, possessed and uttered a counterfeit security of an organization, that security being USAir check number 875651, dated November 5, 1997, in the amount of $690.00, made payable to THOMAS BARRETT STRINGER, and by such conduct the defendant, THOMAS BARRETT STRINGER, intended to deceive another organization, Pittsburgh National Bank, the activities of which affect interstate commerce.

In violation of Title 18, United States Code, Section 513(a).

A True Bill

_____
FOREPERSON

LINDA L. KELLY
United States Attorney
PA I.D. #21032

```
                                                          CLOSED
                       U.S. District Court
         Western District of Pennsylvania (Pittsburgh)

         CRIMINAL DOCKET FOR CASE #: 98-CR-147-ALL

USA v. STRINGER                                      Filed: 09/15/98
Dkt# in other court: None

Case Assigned to:  Judge Robert J. Cindrich

THOMAS BARRETT STRINGER (1)
    defendant


Pending Counts:

  NONE


Terminated Counts:                    Disposition

18:513(a) Possessing and            Transferred to USDC for the
Uttering a Counterfeit              Southern District of Florida
Security      (1 - 11)              for Plea and Sentence
                                    (1 - 11)


Offense Level (disposition): 4




Complaints:

  NONE
```



```
U. S. Attorneys:

  Shaun E. Sweeney
  [COR LD NTC]
  United States Attorney's Office
  633 United States Post Office
  and Courthouse
  Pittsburgh, PA 15219
  (412) 644-3500
```

```
Proceedings include all events.
2:98cr147-ALL USA v. STRINGER
                                                              CLOSED
9/15/98   1    INDICTMENT as to THOMAS BARRETT STRINGER (1) counts 1-11
               (seal) [Entry date 09/15/98]

9/15/98   2    Indictment Memorandum as to THOMAS BARRETT STRINGER (seal)
               [Entry date 09/15/98]

9/15/98   3    MOTION by USA as to THOMAS BARRETT STRINGER for issuance
               of Arrest warrant with Proposed Order. (seal)
               [Entry date 09/15/98]

9/15/98   --   ORDER upon motion granting [3-1] Motion for issuance of
               Arrest warrant as to THOMAS BARRETT STRINGER (1) (signed by
               Mag. Judge Kenneth J. Benson on 9/15/98) CM all parties of
               record. (seal) [Entry date 09/15/98]

9/15/98   --   ARREST WARRANT issued as to THOMAS BARRETT STRINGER (seal)
               [Entry date 09/15/98]

9/15/98   4    MOTION by USA as to THOMAS BARRETT STRINGER to Seal
               Indictment and Arrest Warrant with Proposed Order. (seal)
               [Entry date 09/15/98]

9/15/98   --   ORDER upon motion granting [4-1] Motion to Seal Indictment
               and Arrest Warrant as to THOMAS BARRETT STRINGER (1)
               (signed by Mag. Judge Kenneth J. Benson on 9/15/98) CM all
               parties of record. (seal) [Entry date 09/15/98]

5/8/00    5    MOTION by USA as to THOMAS BARRETT STRINGER to Unseal
               Indictment and Arrest Warrant with Proposed Order. (seal)
               [Entry date 05/08/00]

5/10/00   --   ORDER upon motion granting [5-1] Motion to Unseal
               Indictment and Arrest Warrant as to THOMAS BARRETT STRINGER
               (1) (signed by Judge Robert J. Cindrich on 5/9/00) CM all
               parties of record. (seal) [Entry date 05/10/00]

7/17/00   6    MOTION by USA as to THOMAS BARRETT STRINGER to Unseal
               Indictment and Arrest Warrant with Proposed Order. (emc)
               [Entry date 07/17/00]

7/25/00   --   ORDER upon motion granting [6-1] Motion to Unseal
               Indictment and Arrest Warrant as to THOMAS BARRETT STRINGER
               (1) (signed by Judge Robert J. Cindrich on 7/18/00) CM all
               parties of record. (emc) [Entry date 07/25/00]

8/11/00   7    Consent to Transfer Case pursuant to (Rule 20) to Southern
               District of FL.  Counts closed: THOMAS BARRETT STRINGER (1)
               count(s) 1-11 with certified copy of indictment and docket
               sheet. (emc) [Entry date 08/11/00]
```