UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6236 CR-~~FERGUSON~~ *WPD*

RELATED CASES
00-6133-CR-DIMITROULEAS
00-6227CR-DIMITROULEAS
00-6235-CR-FERGUSON

FILED by ___ D.C.

SEP 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS BARRETT STRINGER,

    Defendant.

_____/

### ORDER

THIS CAUSE having come before the Court on the Defendant's Unopposed Joint Motion to Continue Plea Date, bearing Certificate of Service dated September 6, 2000, and theCourt having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The plea in this matter is hereby reset as follows: _September 14, 2000 at 9:15 AM_

DONE AND ORDERED on this ____ day of September, 2000 at Fort Lauderdale, Florida.

*[signature]*

UNITED STATES DISTRICT JUDGE

cc:   Roger Powell, AUSA
      Samuel Smargon, AFPD

