### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
SEP 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6133 / 00-6227 / 00-6235 / 00-6236 CR-WPD   DATE: September 14, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs.    Thomas Stringer

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Sam Smargon

REASON FOR HEARING: Change of plea & arraignment *

RESULT OF HEARING: Deft sworn and questioned by the Court · Re: 00-6133-CR, deft to plead guilty to Counts 1 & 61. Gvt agrees to dismiss remaining 59 Counts @ sent · Re: 00-6227-CR, deft to plead guilty to Count 1. Gvt to dismiss remaining 14 Counts @ Sentencing. Re: 00-6235-CR, deft to plead guilty to Count 1. Gvt to dismiss remaining 19 Counts @ Sent. Re: 00-6236-CR, deft to plead guilty to Count 1.

CASE CONTINUED TO: 11/24    TIME: 10:30    FOR: Sentencing

MISC: _____
written plea agreement - cont.



## Criminal
## ~~CIVIL~~ MINUTES CONTINUED

00-6133, 00-6227-00-6235, 00-6236-CR-WPD
USA v. Thomas Barrett Stringer

Re: 00-6236-CR  gov't to dismiss remaining 10 Counts at time of sentencing.

Court Accepts Guilty plea.

✗ Deft Arraigned on Charges.