# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED NOV 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6133-CR, 00-6227-CR, 00-6235-CR, 00-6236-CR / WPD   DATE: November 24, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Deidre Matt   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Thomas Barrett Stringer

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Sam Smargon

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed
43 months BOP on each Count to run concurrent, 3 yrs Sup. Rel., No Fine
$20,237.85 Restitution, $500 assessment

Court recommends designation to a facility in SD/FL.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft. Informed of Right to Appeal

