PROB 19a                                                                 SD/FL PACTS No. 63773

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NOS. <u>00CR06133-WPD/00CR06227-WPD</u>
          <u>00CR06235-WPD/00CR06236-WPD</u>

*FILED by ___ D.C.*
*___ 1 3 2005*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

U.S.A. vs Thomas Stringer

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE<br>Thomas Stringer | SEX<br>Male | RACE<br>White | AGE<br>40 |
|---|---|---|---|

ADDRESS (STREET,CITY,STATE)
807 West Oakland Park Boulevard, #H-8, Oakland Park, Florida 33311

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>Southern District of Florida/United States District Court | DATE IMPOSED<br>11/24/2000 |
|---|---|

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
The Honorable William P. Dimitrouleas, Judge
U.S. District Court, Ft. Lauderdale, Florida

| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>December 13, 2005 |
|---|---|---|

### RETURN

| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u> ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

